

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2014

No. 04-13-00275-CV

Joseph **MAYZONE**,
Appellant

v.

**MISSIONARY OBLATES OF MARY IMMACULATE OF TX.** and Father Thomas Ovalle,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-19412
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file a motion for rehearing and en banc reconsideration is GRANTED. Appellant's motion for rehearing and en banc reconsideration is due on **September 13, 2014**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of August, 2014.

_____
Keith E. Hottle
Clerk of Court